ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 SEP -1 P 2: 27
CLERK _____

Evan Dugan and Isaac Huffaker

_____
Plaintiff

Case No. 3:16-cv-00050-DHB-BKE

v.  Johnathan Wright, John Doe "Smith"

_____
Defendant

Appearing on behalf of

Plaintiffs

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This _____ day of _Sept_, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | John B. Merchant, III |
| Business Address: | The Merchant Law Firm, P.C. |
| | Firm/Business Name |
| | 701 Whitlock Avenue, S.W., Ste. J-43 |
| | Street Address |
| | Marietta, GA, 30064 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | john@merchantlawfirmpc.com |