# ORIGINAL

# United States District Court

*Southern District of Georgia*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 SEP -1 P 2: 27
CLERK M. Akin
S. DIST. OF GA.

| | | |
|---|---|---|
| Evan Dugan and Isaac Huffaker | Case No. | 3:16-cv-00050-DHB-BKE |
| _____ | | |
| Plaintiff | | |
| v. | | |
| Johnathan Wright, John Doe "Smith" | Appearing on behalf of | Plaintiffs |
| Defendant | | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _1st_ day of _Sept._, _2016_.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Ashleigh B. Merchant |
| Business Address: | The Merchant Law Firm, P.C. |
| | Firm/Business Name |
| | 701 Whitlock Avenue, S.W., Ste. J-43 |
| | Street Address |
| | Marietta     GA     30064 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2    City    State    Zip |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | ashleigh@merchantlawfirmpc.com |